**WHITE & CASE** LLP
Francis A. Vasquez, Jr. (FAV-1446)
Maria N. Lerner (Admission Pending)
Claire A. DeLelle (CAD-3527)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL FINANCE CORPORATION, not in its individual capacity, but solely as the Trustee for the IFC-Netherlands Carbon Facility 2121 Pennsylvania Avenue, N.W., Washington, DC 20433,<br><br>                    Plaintiff,<br><br>v.<br><br>KORAT WASTE TO ENERGY CO. LTD. (a/k/a KHORAT WASTE TO ENERGY CO.) 571/11 Moo 3, Suranaree Industrial Zone, Tambon NongBausala, Amphur Muang District, Nakorn Ratchasima, 30000, THAILAND,<br><br>                    Defendant. | Civil Case No.: _____<br><br>Judge:_____<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for INTERNATIONAL FINANCE CORPORATION (not in its individual capacity, but solely as the Trustee for the IFC-Netherlands Carbon Facility) (a private

non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE.

Dated: June 8, 2007

Respectfully submitted,

**WHITE & CASE** LLP

_____
Francis A. Vasquez, Jr. (FAV-1446)
Maria N. Lerner (Admission Pending)
Claire A. DeLelle (CAD-3527)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Plaintiff*
*International Finance Corporation*