UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT
2007 JUN 12 P 4: 03
S.D. OF N.Y.

INTERNATIONAL FINANCE CORPORATION, not in its individual capacity, but solely as the Trustee for the IFC-Netherlands Carbon Facility,
Plaintiff,

V.

KORAT WASTE TO ENERGY CO. LTD. (a/k/a KHORAT WASTE TO ENERGY CO.)
Defendant.

**CERTIFICATE OF MAILING**

07 CV 5451 (SHS)

I, J. Michael MeMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**12th day of June, 2007**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**8th day of June, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8347 5633 3013**

J. Michael McMahon
CLERK

Dated: New York, NY



*Expanded Service*
*International Air Waybill*

For FedEx services worldwide including Express Freight Services, Dangerous Goods, Broker Select, and Letter of Credit

**1 From** Please print and press hard.

Date 06/12/07 Sender's FedEx Account Number 11454934-7

Sender's Name J. Disanti Phone 212.819.7500

Company White & Case, LLP

Address 1155 Ave., of the Americas

Address Room 2834

City New York State Province NY.

Country USA ZIP Postal Code 10036

**2 To**

Recipient's Name Phone

Company The Millennia Tower

Address 62 Lana Suan Road, Ste. #2504

Dept./Floor 25th Floor

Address Lumpini, Pathumwan

City Bangkok 10330 State Province

Country Thailand ZIP Postal Code

**The World On Time.**

Not all services and options are available to all destinations.

**4a Express Package Service** *Packages up to 150 lbs. / 68 kg*

☐ FedEx Intl. Priority
☐ FedEx Intl. First — Available to select locations. Higher rates apply.
☐ ________
☐ FedEx Intl. Economy — FedEx Envelope and FedEx Pak rate not available

**4b Express Freight Service** *Packages over 150 lbs. / 68 kg*

☐ FedEx Intl. Priority Freight
☐ FedEx Intl. Economy Freight

Booking Number
Please call your local FedEx office to book shipments.

**5 Packaging**

These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.

☐ FedEx Envelope ☐ FedEx Pak ☐ FedEx 10kg Box ☐ FedEx 25kg Box ☐ Other

**6a Special Handling**

☐ HOLD at FedEx Location
☐ SATURDAY Delivery — Available to select locations. Available for FedEx Intl. Priority only
☐ ________

Does this shipment contain dangerous goods?
One box must be checked / ticked.

☐ No ☐ Yes As per attached Shipper's Declaration ☐ Yes Shipper's Declaration not required

☐ Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg
☐ Cargo Aircraft Only

Dangerous Goods (including Dry Ice) cannot be shipped in FedEx packaging.

**6b Broker Selection**
Available for FedEx Intl. Priority and FedEx Intl. Economy only

☐ Intl. Broker Select — To specify a broker other than FedEx

Broker's Name