UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
DISTRICT COURT
2007 JUN 12 P 4:03
S.D. OF N.Y.

| | |
|---|---|
| INTERNATIONAL FINANCE CORPORATION, not in its individual capacity, but solely as the Trustee for the IFC-Netherlands Carbon Facility,<br><br>        Plaintiff,<br><br>**V.**<br><br>KORAT WASTE TO ENERGY CO. LTD.<br>(a/k/a KHORAT WASTE TO ENERGY CO.)<br><br>        Defendant. | **CERTIFICATE OF MAILING**<br><br><br><br>07 CV 5451 (SHS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**12th day of June, 2007**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**8th day of June, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8397 7811 5662**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# FedEx International Air Waybill

For FedEx services worldwide

## 1 From

Date: 06/12/07
Sender's FedEx Account Number: 114549347

Sender's Name: J. DiSanti
Company: White & Case, LLP
Phone: 212.819.7500
Address: 1155 Ave. of the Americas
Rm. 2834
City: New York
State/Province: NY
ZIP/Postal Code: 10036
Country: USA

## 2 To

Recipient's Name:
Phone:
Company:
Address: 571/11 Moo 3, Suranaree Industrial Zone
Tambon Nong Bausala
Amphur Muang District
Dept./Floor:
City: Nakorn Ratchasima
State/Province:
ZIP/Postal Code: 30000
Country: Thailand

## 3 Shipment Information

Total Packages:
Total Weight:
Commodity Description (REQUIRED):
Harmonized Code:
Country of Manufacture:
Value for Customs (REQUIRED):
Total Declared Value for Carriage:
Total Value for Customs (Specify Currency):

Recipient's Tax I.D. number for Customs purposes:

For U.S. Export Only: Check One
☐ No SED required per Schedule B Commodity number
☐ SED attached/provide export license no. and exp. date or license exception symbol, or EDDN if applicable

For EU Only: Tick here if goods are not in free circulation and provide C.I.

## 4 Express Package Service

☐ FedEx Intl. Priority
☐ FedEx Intl. First
☐ FedEx Intl. Economy

## 5 Packaging

☐ FedEx Envelope
☐ FedEx Pak
☐ FedEx 10kg Box
☐ FedEx 25kg Box
☐ Other

## 6 Special Handling

☐ HOLD at FedEx Location
☐ SATURDAY Delivery

## 7a Payment Bill transportation charges to:

☒ Sender (Acct. No in Section 1 will be billed)
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Cheque

FedEx Acct. No.: 114549347

## 7b Payment Bill duties and taxes to:

☒ Sender (Acct. No in Section 1 will be billed)
☐ Recipient
☐ Third Party

FedEx Acct. No.:

Credit Card No.:
Credit Card Exp. Date:

## 8 Your Internal Billing Reference

## 9 Required Signature

Sender's Signature:
Date Executed:

FedEx Tracking Number: 8392 7811 5662

Form ID No.: 0402
PART 157350 Rev. Date 10/01
©1994-2001 FedEx
PRINTED IN U.S.A.
464
QBF 12/02

RETAIN THIS COPY FOR YOUR RECORDS