AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL FINANCE CORPORATION,

                *Plaintiff,*

-against-

KORAT WASTE TO ENERGY CO. LTD.,

                *Defendant.*

**APPEARANCE**

Case Number:  07 Civ. 5451 (SHS) (ECF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant Korat Waste to Energy Co. Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/3/2007 | *(signature)* |
| Date | Signature |
| | Thomas M. Keane     TMK-6320 |
| | Print Name     Bar Number |
| | Morvillo Abramowitz, et al., 565 Fifth Ave |
| | Address |
| | New York     NY     10017 |
| | City     State     Zip Code |
| | (212) 880-9482     (212) 856-9494 |
| | Phone Number     Fax Number |