AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                 DISTRICT OF                 NEW YORK

INTERNATIONAL FINANCE CORPORATION,

*Plaintiff,*

-against-

KORAT WASTE TO ENERGY CO. LTD.,

*Defendant.*

**APPEARANCE**

Case Number:   07 Civ. 5451 (SHS) (ECF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Korat Waste to Energy Co. Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/5/2007 | *(signature)* |
| Date | Signature |
| | Elkan Abramowitz | EA-3987 |
| | Print Name | Bar Number |
| | Morvillo Abramowitz et al., 565 Fifth Avenue | |
| | Address | |
| | New York    NY    10017 | |
| | City    State    Zip Code | |
| | (212) 880-9500    (212) 856-9494 | |
| | Phone Number    Fax Number | |