

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL FINANCE CORPORATION,
not in its individual capacity but solely as the
Trustee for the IFC-Netherlands Carbon Facility
2121 Pennsylvania Avenue, N.W.,
Washington, DC 20433,

                *Plaintiff,*

-against-

KORAT WASTE TO ENERGY CO. LTD.,
(a/k/a KHORAT WASTE TO ENERGY CO.)
571/11 Moo 3, Suranaree Industrial Zone,
Tambon NongBausala, Amphur Muang District,
Nakorn Ratchasima, 30000, Thailand,

                *Defendant.*

07 Civ. 5451 (SHS) (ECF)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by the undersigned counsel for the parties and subject to the Court's approval, as follows: (i) The time for defendant Korat Waste to Energy Co. Ltd. ("Korat") to answer, move, or otherwise respond to the complaint in this matter is extended until August 6, 2007, and (ii) Defendant Korat shall not assert the defenses of insufficiency of process or insufficiency of service of process.

Dated: July 3, 2007

WHITE & CASE, LLP

By: _____
Francis A. Vasquez, Jr. (FAV-1446)
Claire A. DeLelle (CAD-3527)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 626-3600

*Counsel for Plaintiff*

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By: _____
Elkan Abramowitz (EA-3987)
Thomas M. Keane (TK-6320)
565 Fifth Avenue
New York, NY 10017
(212) 856-9600

*Counsel for Defendant*

SO ORDERED: 7/9/07

_____
U.S.D.J.