UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL FINANCE CORPORATION,
not in its individual capacity but solely as the
Trustee for the IFC-Netherlands Carbon Facility
2121 Pennsylvania Avenue, N.W.,
Washington, DC 20433,

07 Civ. 5451 (SHS) (ECF)

*Plaintiff,*

-against-

**NOTICE OF MOTION
TO ADMIT COUNSEL
<u>PRO HAC VICE</u>**

KORAT WASTE TO ENERGY CO. LTD.,
(a/k/a KHORAT WASTE TO ENERGY CO.)
571/11 Moo 3, Suranaree Industrial Zone,
Tambon NongBausala, Amphur Muang District,
Nakorn Ratchasima, 30000, Thailand,

*Defendant.*

*To the above-named Plaintiff:*

PLEASE TAKE NOTICE THAT, pursuant to Rule 1.3(c) of the Local

Rules of the United States District Courts for the Southern and Eastern Districts of New

York, Elkan Abramowitz, a member in good standing of the bar of this Court, hereby

moves for an Order allowing the admission *pro hac vice* of:

> Anthony F. King
> Wallace King Domike & Reiskin, PLLC
> 1050 Thomas Jefferson St., NW
> Washington, DC 2007
> Phone: (202) 204-1000
> Fax: (202) 204-1001

Mr. King is a member in good standing of the bars of the State of

Michigan and of the District of Columbia. There are no pending disciplinary proceedings

against him.

Dated: July 7, 2007
      New York, New York

                     MORVILLO, ABRAMOWITZ, GRAND,
                     IASON, ANELLO & BOHRER, P.C.

                     By: _____
                         Elkan Abramowitz (EA-3987)
                     565 Fifth Avenue
                     New York, New York 10017
                     Phone: (212) 856-9600
                     Fax: (212) 856-9494

                     *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL FINANCE CORPORATION,
not in its individual capacity but solely as the
Trustee for the IFC-Netherlands Carbon Facility
2121 Pennsylvania Avenue, N.W.,
Washington, DC 20433,

07 Civ. 5451 (SHS) (ECF)

                          *Plaintiff,*

          -against-

KORAT WASTE TO ENERGY CO. LTD.,
(a/k/a KHORAT WASTE TO ENERGY CO.)
571/11 Moo 3, Suranaree Industrial Zone,
Tambon NongBausala, Amphur Muang District,
Nakorn Ratchasima, 30000, Thailand,

                          *Defendant.*

**AFFIDAVIT OF
ELKAN ABRAMOWITZ
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

STATE OF NEW YORK     )
                      )     ss.:
COUNTY OF NEW YORK    )

          ELKAN ABRAMOWITZ, being duly sworn, deposes and says:

          1.     I am a principal of the firm of Morvillo, Abramowitz, Grand,

Iason, Anello & Bohrer, P.C., counsel for defendant in the above-captioned action. I am

familiar with the proceedings in this case. I make this statement in support of defendant's

motion to admit Anthony F. King as counsel *pro hac vice* to represent defendant in this

action.

          2.     I am a member in good standing of the bar of the State of New

York, and was admitted to practice law in 1964. I am also admitted to the bar of the

United States District Court for the Southern District of New York, and am in good

standing with this Court.

3.     Mr. King is a member of the firm of Wallace King Domike & Reiskin, PLLC, in Washington, DC.  He is a member in good standing of the bars of the State of Michigan and the District of Columbia.  Copies of Certificates of Good Standing from the State of Michigan and the District of Columbia, issued within 30 days of the date hereof, are attached hereto as exhibits A and B, respectively.

4.     I am familiar with Mr. King's reputation and I am informed and believe that Mr. King is a skilled attorney and a person of integrity.  He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

5.     Accordingly, I am pleased to move the admission of Anthony F. King, *pro hac vice.*

6.     I respectfully submit a proposed Order granting the admission of Anthony F. King, *pro hac vice*, which is attached hereto as Exhibit C.

WHEREFORE it is respectfully requested that the motion to admit Anthony F. King, *pro hac vice*, to represent defendant in the above-captioned matter, be granted.

_____
ELKAN ABRAMOWITZ

Sworn to before me this
9th day of July, 2007

_____
Notary Public

VALERIE J. COHEN
NOTARY PUBLIC, State of New York
No. 01CO4997886
Qualified in Suffolk County
Commission Expires: June 15, 2010

2



# State Bar of Michigan

## Certificate

### of Good Standing

This certifies that Anthony F. King, P42981 of Washington, DC is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on November 22, 1989 in Wayne County and became a member of the State Bar of Michigan on November 22, 1989.

Janet K. Welch
Executive Director
July 02, 2007



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

ANTHONY FRAZIER KING

was on the   6TH   day of   MARCH, 1992

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on July 5,
2007.

GARLAND PINKSTON, JR., CLERK

By: _____
            Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL FINANCE CORPORATION,
not in its individual capacity but solely as the
Trustee for the IFC-Netherlands Carbon Facility
2121 Pennsylvania Avenue, N.W.,
Washington, DC 20433,

07 Civ. 5451 (SHS) (ECF)

                                    *Plaintiff,*

**ORDER FOR ADMISSION
OF COUNSEL PRO HAC VICE**

                -against-

KORAT WASTE TO ENERGY CO. LTD.,
(a/k/a KHORAT WASTE TO ENERGY CO.)
571/11 Moo 3, Suranaree Industrial Zone,
Tambon NongBausala, Amphur Muang District,
Nakorn Ratchasima, 30000, Thailand,

                                    *Defendant.*

Upon the motion of Elkan Abramowitz, attorney for defendant, and said

sponsor attorney's affidavit in support,

IT IS HEREBY ORDERED that:

Anthony F. King
Wallace King Domike & Reiskin, PLLC
1050 Thomas Jefferson St., NW
Washington, DC 2007
Phone: (202) 204-1000
Fax: (202) 204-1001
aking@wallaceking.com

is admitted to practice *pro hac vice* as counsel for defendant Korat Waste to Energy Co.

Ltd. in the above-captioned case in the United States District Court for the Southern

District of New York.

All attorneys appearing before this Court are subject to the Local Rules of

this Court, including the Rules governing discipline of attorneys.

Counsel shall apply immediately for a password for the Court's Electronic

Case Filing system and shall forward the *pro hac vice* fee to the Clerk of the Court.


IT IS SO ORDERED this _____ day of July, 2007


_____

Sidney H. Stein, U.S.D.J.

2

## CERTIFICATE OF SERVICE

I hereby certify that, on July 9, 2007, I caused a copy of defendant's

foregoing Notice of Motion to Admit Counsel Pro Hac Vice, with the Supporting

Affidavit of Elkan Abramowitz and the exhibits thereto, to be sent via e-mail and U.S.

Mail first class, postage-prepaid to plaintiff's counsel of record:

Francis A. Vasquez, Jr., Esq.
WHITE & CASE, LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
fvasquez@whitecase.com

Dated:  New York, New York
       July 9, 2007

THOMAS M. KEANE