UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL FINANCE CORPORATION,
not in its individual capacity but solely as the
Trustee for the IFC-Netherlands Carbon Facility,

                *Plaintiff,*

     -against-

KORAT WASTE TO ENERGY CO. LTD.,
(a/k/a KHORAT WASTE TO ENERGY CO.),

                *Defendant.*

07 Civ. 5451 (SHS) (ECF)
(filed electronically)

NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for plaintiff International Finance Corporation.

    I certify that I am admitted to practice in this court.

Dated:  Washington, D.C.
        July 25, 2007

**WHITE & CASE** LLP

_____/s/_____
Maria N. Lerner (ML-2546)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

Attorneys for International Finance
Corporation, not in its individual capacity
but solely as the Trustee for the IFC-
Netherlands Carbon Facility