IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL FINANCE CORPORATION, not in its individual capacity, but solely as the Trustee for the IFC-Netherlands Carbon Facility,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KORAT WASTE TO ENERGY CO. LTD. (a/k/a Khorat Waste to Energy Co.),<br><br>　　　　　Defendant. | **07 Civ. 5451 (SHS)** |

## KORAT WASTE TO ENERGY CO. LTD.'S RULE 7.1 STATEMENT

　　　　I, the undersigned, counsel of record for Korat Waste to Energy Co. Ltd., certify that to the best of my knowledge and belief, the following are parent companies of Korat and publicly held corporations that own 10% or more of its stock:

　　　　TEP ASIA Limited

　　　　Trading Emissions PLC

These representations are made in order that judges of this court may determine the need for recusal.

August 6, 2007　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　Anthony F. King
　　　　　　　　　　　　　　　　　　WALLACE KING DOMIKE & REISKIN, PLLC
　　　　　　　　　　　　　　　　　　1050 Thomas Jefferson Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20007
　　　　　　　　　　　　　　　　　　Telephone: 202.204.1000
　　　　　　　　　　　　　　　　　　Facsimile: 202.204.1001

Elkan Abramowitz (EA-3987)
Thomas M. Keane (TK-6320)
MORVILLO, ABRAMOWITZ, GRAND,
  IASON, ANELLO & BOHRER, P.C
565 Fifth Avenue
New York, NY 10017
Telephone:  (212) 880-9300
Facsimile:   (212) 856-9494

2

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on this 6th day of August 2007, 2001, true and copies of Korat Waste to Energy Co. Ltd.'s Rule 7.1 Statement were served via LexisNexis File & Serve on all counsel of record.

                                                                        /s/
                                                   Anthony F. King