FROM WHITE & CASE LLP DC                                  (THU) 8. 9' 07 15:24/ST. 15:23/NO. 4862775703 P 2

# WHITE & CASE

White & Case LLP         Tel  + 1 202 626 3600
701 Thirteenth Street, NW    Fax  + 1 202 639 9355
Washington, DC 20005      www.whitecase.com

Direct Dial + 202 636 3600

August 9, 2007

**BY FACSIMILE**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

**MEMO ENDORSED**

USDC SD...
D... 
EL... FILED
D...
DATE... 8/9/07

Re: *IFC v. Korat Waste to Energy Co. Ltd.*, 07-CIV-5451 (SHS)

Dear Judge Stein:

On Monday, August 6, 2007, Defendant served a Motion to Dismiss the Complaint on Plaintiff. Plaintiff seeks an extension of time to file its opposition to Defendant's motion. Plaintiff requests that it be permitted to file its opposition on Friday, September 7, 2007. Defendant's counsel, Anthony King, has consented to the opposition date of September 7, 2007, provided that Defendant be allowed to file a reply brief on or before September 21, 2007. Plaintiff consents to Defendant's request, and thus the parties are in full agreement on the proposed briefing schedule.

Pursuant to Your Honor's individual practices, we note that: (1) pursuant to Local Civil Rule 6.1(b), the original date upon which Plaintiff's opposition would be due is Tuesday, August 21, 2007, and Defendant's reply would thereafter be due on Friday, August 31, 2007; (2) these are the parties' first requests for an extension of time in connection with this motion; and (3) both Plaintiff and Defendant join in these requests, and do not oppose the other's request.

Respectfully submitted,

*/s/ Francis A. Vasquez, Jr.*

Francis A. Vasquez, Jr.

cc (by facsimile):  Tony King, Esq.
                    Elkan Abramowitz (by facsimile)
                    Thomas M. Keane (by facsimile)

*The initial pretrial conf. scheduled for aug 16 is cancelled.*

SO ORDERED 8/9/07

*/s/ Sidney H. Stein*

SIDNEY H. STEIN
U.S.D.J.

ALMATY  ANKARA  BANGKOK  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUDAPEST  DRESDEN  DÜSSELDORF  FRANKFURT  HAMBURG
HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MILAN  MOSCOW  MUNICH
NEW YORK  PALO ALTO  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC