# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE, JR.
RICHARD D. WEINBERG

COUNSEL
CHRISTOPHER J. MORVILLO
GREGORY MORVILLO
*ALSO ADMITTED IN CALIFORNIA AND D.C.
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL

(212) 880-9482
tkeane@maglaw.com

DAVID C. AUSTIN
LAWRENCE M. BARNES***·*
CHRISTOPHER A. BOTSMAN*
BENJAMIN S. FISCHER
ELIZABETH HAINES·
RACHEL HEMANI
TIMOTHY M. HUDSON·
RENÉE L. JARUSINSKY
THOMAS H. KEANE
RACHEL M. KORENBLAT
DUNCAN P. LEVIN
KRISTY WATSON MILKOV
ELLEN M. MURPHY
SARAH J. NORTH
CLAUDIO R. OCHOA···
JANET ROUNTREE··
ASHLEY E. RUPP
ANDREW J. SCHELL
E. SCOTT SCHIRICK
MARYANNE SEXTON
KATHRYN M. SPOTA
DAVID STANKIEWICZ*
JERROLD L. STEIGMAN
JAMES R. STOVALL
BARBARA L. TRENCHER
AMY M. TULLY
KEFIRA R. WILDERMAN

·ADMISSION PENDING
··ADMITTED IN ILLINOIS ONLY
···ALSO ADMITTED IN WASHINGTON DC
····ALSO ADMITTED IN NEW JERSEY

August 31, 2007

*Via Facsimile to (212) 805-7924*

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007-1312

Re:   *IFC v. Korat Waste to Energy Co. Ltd.* (07 Civ. 5451 (SHS))

Dear Judge Stein:

With permission from Your Honor's chambers, I am faxing this letter to request that the Court adjourn the parties' deadline to serve initial Rule 26 disclosures. According to the Joint Report on Scheduling Conference and Discovery Plan, so ordered by Your Honor and docketed on August 6, 2007, the current deadline is August 31, 2007. The parties jointly request that the deadline be extended one week, to September 7, 2007.

Pursuant to Your Honor's individual practices, I note that this is the first request to extend this deadline, and, as mentioned, all parties consent to the requested extension.



MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

Hon. Sidney H. Stein
August 31, 2007
Page 2

    We thank the Court for its consideration of this request.

                              Respectfully submitted,

                              Thomas M. Keane

cc (by e-mail):  Tony King, Esq.
                  Francis A. Vasquez, Esq.