

# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE, JR.
RICHARD D. WEINBERG

COUNSEL
CHRISTOPHER J. MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D.C.
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017
TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL

(212) 880-9482
tkeane@magislaw.com

December 19, 2007

DAVID C. AUSTIN
LAWRENCE M. BARNES****
CHRISTOPHER A. BOTSMAN*
BENJAMIN S. FISCHER
RACHEL HAINES*
TIMOTHY M. HUDSON*
RENÉE L. JARUSINSKY
THOMAS M. KEANE
RACHEL M. KORENBLAT
DUNCAN P. LEVIN
KRISTY MATSON MILKOV
ELLEN M. MURPHY
SARAH J. NORTH
CLAUDIO R. OCHOA***
JANEY ROUNTREE**
ASHLEY E. RUPP
ANDREW J. SCHELL
E. SCOTT SCHIRICK
MARYANNE SEXTON
KATHRYN M. SPOTA
DAVID STANKIEWICZ*
JERROLD L. STEIGMAN
JAMES R. STOVALL
BARBARA L. TRENCHER
AMY M. TULLY
KEFIRA R. WILDERMAN

*ADMISSION PENDING
**ADMITTED IN ILLINOIS ONLY
***ALSO ADMITTED IN WASHINGTON, DC
****ALSO ADMITTED IN NEW JERSEY

[Stamps: RECEIVED DEC 19 2007 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.; USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/24/08]

**By Hand**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007-1312

    Re:    *IFC v. Korat Waste to Energy Co. Ltd.* (07 Civ. 5451 (SHS))

Dear Judge Stein:

      I write on behalf of all parties to request that the Court adjourn the parties' deadline for the completion of discovery in this matter. According to the Joint Report on Scheduling Conference and Discovery Plan, so ordered by Your Honor and docketed on August 6, 2007, the current deadline is February 29, 2008. The parties jointly request that the deadline be extended to May 30, 2008.

      Pursuant to Your Honor's individual practices, I note that: (i) the original date which is sought to be extended was February 29, 2008; (ii) there have been no prior requests for to extend this deadline; and (iii) all parties consent to the extension.

Respectfully submitted,

Thomas M. Keane

[Handwritten: Last date for discovery is extended to March 28, 2008. 1/24/08 SO ORDERED]

SIDNEY H. STEIN
U.S.D.J.

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

Hon. Sidney H. Stein
December 19, 2007
Page 2


cc (by e-mail): Elkan Abramowitz, Esq.
                Anthony King, Esq.
                Francis A. Vasquez, Esq.