UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL FINANCE CORPORATION, not in its individual capacity but solely as the Trustee for the IFC-Netherlands Carbon Facility, <br><br>              *Plaintiff,* <br><br>    -against- <br><br>KORAT WASTE TO ENERGY CO. LTD., (a/k/a KHORAT WASTE TO ENERGY CO.), <br><br>              *Defendant.* | 07 Civ. 5451 (SHS) (ECF) <br>(filed electronically) <br><br><br>NOTICE OF APPEARANCE |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for plaintiff International Finance Corporation.

    I certify that I am admitted to practice in this Court.


Dated:  Washington, D.C.
         February 27, 2008

                                         WHITE & CASE LLP

                                         Dana E. Foster (DF-9389)
                                         701 Thirteenth Street, N.W.
                                         Washington, D.C. 20005
                                         Telephone: (202) 626-3600
                                         Facsimile: (202) 639-9355

                                         Attorneys for International Finance
                                         Corporation, not in its individual capacity
                                         but solely as the Trustee for the IFC-
                                         Netherlands Carbon Facility