USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

INTERNATIONAL FINANCE CORPORATION,  :   07 Civ. 5451 (SHS)

              Plaintiff,  :   ORDER

-against-  :

KORAT WASTE TO ENERGY CO., LTD.,  :

             Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for both parties present,

    IT IS HEREBY ORDRED THAT:

    1.    For the reasons set forth on the record, defendant's motion to dismiss the complaint [13] is granted in part and denied in part; specifically, the motion is granted as to counts II and IV of the Complaint and denied as to count I. In addition, defendant has conceded that it is liable for a termination fee pursuant to paragraph 7 of the Letter of Intent, and accordingly defendant's motion to dismiss count III of the Complaint is denied;

    2.    There will be a pretrial conference on April 25, 2008, at 11:30 a.m.

Dated: New York, New York
       March 26, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

1