UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL FINANCE CORPORATION, not in its individual capacity but solely as the Trustee for the IFC-Netherlands Carbon Facility 2121 Pennsylvania Avenue, N.W., Washington, DC 20433,<br><br>                 *Plaintiff,*<br><br>-against-<br><br>KORAT WASTE TO ENERGY CO. LTD., (a/k/a KHORAT WASTE TO ENERGY CO.) 571/11 Moo 3, Suranaree Industrial Zone, Tambon NongBausala, Amphur Muang District, Nakorn Ratchasima, 30000, Thailand,<br><br>                 *Defendant.* | 07 Civ. 5451 (SHS) (ECF)<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |



*To the above-named Plaintiff:*

       PLEASE TAKE NOTICE THAT, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Thomas M. Keane, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

       Amanda Ward Gilbert
       Wallace King Domike & Reiskin, PLLC
       1050 Thomas Jefferson St., NW
       Washington, DC 2007
       Phone: (202) 204-1000
       Fax: (202) 204-1001

Ms. Gilbert is a member in good standing of the bar of the State of Illinois.

There are no pending disciplinary proceedings against Ms. Gilbert.

Dated: March 28, 2008
      New York, New York

                           MORVILLO, ABRAMOWITZ, GRAND,
                           IASON, ANELLO & BOHRER, P.C.

By: _____
      Elkan Abramowitz (EA-3987)
      Thomas M. Keane (TK-6320)
565 Fifth Avenue
New York, New York 10017
Phone: (212) 856-9600
Fax: (212) 856-9494

*Attorneys for Defendant*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL FINANCE CORPORATION, not in its individual capacity but solely as the Trustee for the IFC-Netherlands Carbon Facility 2121 Pennsylvania Avenue, N.W., Washington, DC 20433,<br><br>                      *Plaintiff*,<br><br>-against-<br><br>KORAT WASTE TO ENERGY CO. LTD., (a/k/a KHORAT WASTE TO ENERGY CO.) 571/11 Moo 3, Suranaree Industrial Zone, Tambon NongBausala, Amphur Muang District, Nakorn Ratchasima, 30000, Thailand,<br><br>                      *Defendant*. | 07 Civ. 5451 (SHS) (ECF)<br><br><br>**AFFIDAVIT OF THOMAS M. KEANE IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK )

        THOMAS M. KEANE, being duly sworn, deposes and says:

        1.       I am an attorney with the firm of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., counsel for defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement in support of defendant's motion to admit Amanda Ward Gilbert as counsel *pro hac vice* to represent defendant in this action.

        2.       I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Ms. Gilbert is associated with the firm of Wallace King Domike & Reiskin, PLLC, in Washington, DC. She is a member in good standing of the bar of the State of Illinois. A copy of a Certificate of Good Standing from the State of Illinois, issued within 30 days of the date hereof, is attached hereto as exhibit A.

4. I am informed and believe that Ms. Gilbert is a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

5. Accordingly, I am pleased to move the admission of Amanda Ward Gilbert, *pro hac vice*.

6. I respectfully submit a proposed Order granting the admission of Amanda Ward Gilbert, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Amanda Ward Gilbert, *pro hac vice*, to represent defendant in the above-captioned matter, be granted.

_____
THOMAS M. KEANE

Sworn to before me this
28 day of March, 2008

_____
Notary Public
MAUREEN SMITH
Notary Public, State of New York
No. 01SM5077496
Qualified in Kings County
Commission Expires May 12, 20 11

2

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Amanda Ward Gilbert

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 2006 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, March 20, 2008.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL FINANCE CORPORATION,<br>not in its individual capacity but solely as the<br>Trustee for the IFC-Netherlands Carbon Facility<br>2121 Pennsylvania Avenue, N.W.,<br>Washington, DC 20433,<br><br>      *Plaintiff,*<br><br>-against-<br><br>KORAT WASTE TO ENERGY CO. LTD.,<br>(a/k/a KHORAT WASTE TO ENERGY CO.)<br>571/11 Moo 3, Suranaree Industrial Zone,<br>Tambon NongBausala, Amphur Muang District,<br>Nakorn Ratchasima, 30000, Thailand,<br><br>      *Defendant.* | 07 Civ. 5451 (SHS) (ECF)<br><br>**ORDER FOR ADMISSION<br>OF COUNSEL PRO HAC VICE** |

  Upon the motion of Thomas M. Keane, attorney for defendant, and said sponsor attorney's affidavit in support,

  IT IS HEREBY ORDERED that:

Amanda Ward Gilbert
Wallace King Domike & Reiskin, PLLC
1050 Thomas Jefferson St., NW
Washington, DC 2007
Phone: (202) 204-1000
Fax: (202) 204-1001
agilbert@wallaceking.com

is admitted to practice *pro hac vice* as counsel for defendant Korat Waste to Energy Co. Ltd. in the above-captioned case in the United States District Court for the Southern District of New York.

  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Counsel shall apply immediately for a password for the Court's Electronic Case Filing system and shall forward the *pro hac vice* fee to the Clerk of the Court.

IT IS SO ORDERED this ____ day of April, 2008

_____
Sidney H. Stein, U.S.D.J.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 28, 2008, I caused a copy of defendant's foregoing Notice of Motion to Admit Counsel Pro Hac Vice, with the Supporting Affidavit of Thomas M. Keane and the exhibits thereto, to be sent via e-mail and U.S. Mail first class, postage-prepaid, to plaintiff's counsel of record:

> Francis A. Vasquez, Jr., Esq.
> WHITE & CASE, LLP
> 701 Thirteenth Street, N.W.
> Washington, DC 20005
> fvasquez@whitecase.com

Dated: New York, New York
       March 28, 2008

_____
THOMAS M. KEANE