USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL FINANCE CORPORATION,
not in its individual capacity but solely as the
Trustee for the IFC-Netherlands Carbon Facility
2121 Pennsylvania Avenue, N.W.,
Washington, DC 20433,

                *Plaintiff,*

-against-

KORAT WASTE TO ENERGY CO. LTD.,
(a/k/a KHORAT WASTE TO ENERGY CO.)
571/11 Moo 3, Suranaree Industrial Zone,
Tambon NongBausala, Amphur Muang District,
Nakorn Ratchasima, 30000, Thailand,

                *Defendant.*

07 Civ. 5451 (SHS) (ECF)

**ORDER FOR ADMISSION
OF COUNSEL PRO HAC VICE**

      Upon the motion of Thomas M. Keane, attorney for defendant, and said sponsor attorney's affidavit in support,

      IT IS HEREBY ORDERED that:

      Amanda Ward Gilbert
      Wallace King Domike & Reiskin, PLLC
      1050 Thomas Jefferson St., NW
      Washington, DC 2007
      Phone: (202) 204-1000
      Fax: (202) 204-1001
      agilbert@wallaceking.com

is admitted to practice *pro hac vice* as counsel for defendant Korat Waste to Energy Co. Ltd. in the above-captioned case in the United States District Court for the Southern District of New York.

      All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Counsel shall apply immediately for a password for the Court's Electronic Case Filing system and shall forward the *pro hac vice* fee to the Clerk of the Court.

IT IS SO ORDERED this 3rd day of April, 2008

Sidney H. Stein, U.S.D.J.