

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Tel  + 1 202 626 3600
Fax  + 1 202 639 9355
www.whitecase.com

Direct Dial + 202-626-3603    fvasquez@whitecase.com

April 2, 2008



HAND DELIVERY

MEMO ENDORSED

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, New York  10007-1312

Re:   *International Finance Corporation v. Korat Waste to Energy Co.*, 07 CIV 5451 (SHS)

Dear Judge Stein:

I write on behalf of all parties to request that the Court adjourn the parties' deadline for the completion of discovery in this matter. According to this Court's Endorsed Letter, docketed on March 14, 2008, the current deadline is May 30, 2008. The parties jointly request that the deadline be extended to July 15, 2008.

In light of Your Honor's March 27, 2008 decision on KWTE's motion to dismiss, the parties agree that it would be most efficient to attempt to settle the remaining claims before expending further party and judicial resources. Because the decision narrowed the dispute before the Court, the parties believe that this is the best opportunity to reach an amicable resolution to this case. The extra month will provide the parties with enough time to try to resolve these issues and, if unsuccessful, to complete discovery and prepare for trial. The parties will report on their progress at the April 25 conference already scheduled by the Court.

SO ORDERED 4/4/08

SIDNEY H. STEIN
U.S.D.J.

ALMATY   ANKARA   BANGKOK   BEIJING   BERLIN   BRATISLAVA   BRUSSELS   BUDAPEST   DRESDEN   DÜSSELDORF   FRANKFURT   HAMBURG
HELSINKI   HONG KONG   ISTANBUL   JOHANNESBURG   LONDON   LOS ANGELES   MEXICO CITY   MIAMI   MILAN   MOSCOW   MUNICH
NEW YORK   PALO ALTO   PARIS   PRAGUE   RIYADH   SAO PAULO   SHANGHAI   SINGAPORE   STOCKHOLM   TOKYO   WARSAW   WASHINGTON DC

Hon. Sidney H. Stein

WHITE & CASE

April 2, 2008

Pursuant to Your Honor's Individual Practices: (1) the original deadline for the completion of fact discovery was February 29, 2008; (2) there have been two previous request for adjournment of this deadline; (3) one was granted in part, and the other was granted in full; and (4) all parties consent to this request.

Best regards,

Francis A. Vasquez, Jr.

cc:  Anthony King, Esq.
     Elkan Abramowitz, Esq.
     Amanda Gilbert, Esq.
     Thomas M. Keane, Esq.