# EXHIBIT A

Case 1:07-cv-05451-SHS-THK   Document 35-2   Filed 04/14/2008   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERNATIONAL FINANCE CORPORATION,
not in its individual capacity but solely as the
Trustee for the IFC-Netherlands Carbon Facility,

        *Plaintiff,*

-against-

KORAT WASTE TO ENERGY CO. LTD.,
(a/k/a KHORAT WASTE TO ENERGY CO.),

        *Defendant.*

07 Civ. 5451 (SHS) (ECF)

**CLERK'S CERTIFICATE**

---

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on June 8, 2007, with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by mailing via Federal Express on defendant by the Clerk's office, pursuant to Rule 4(f)(2)(c)(ii) of the Federal Rules of Civil Procedure, and proof of such service thereof was filed on June 13, 2007.

    I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
       4/14/08

                          **J. MICHAEL MCMAHON**
                          Clerk of the Court

                    By: _____
                               Deputy Clerk