# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| INTERNATIONAL FINANCE CORPORATION, not in its individual capacity but solely as the Trustee for the IFC-Netherlands Carbon Facility, | 07 Civ. 5451 (SHS) (ECF) |
| *Plaintiff,* | **DEFAULT JUDGMENT** |
| -against- |  |
| KORAT WASTE TO ENERGY CO. LTD., (a/k/a KHORAT WASTE TO ENERGY CO.), |  |
| *Defendant.* |  |

This action having been commenced on June 8, 2007, by the filing of the Summons and Complaint, a copy of the Summons and Complaint having been personally served on the defendant, Korat Waste to Energy Co. Ltd., on June 13, 2007, by mailing via Federal Express on defendant by the Clerk's office, pursuant to Rule 4(f)(2)(c)(ii) of the Federal Rules of Civil Procedure, and a proof of service having been filed on June 12, 2007, and the defendant not having answered Counts 1 and 3 of the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant as to liability under Counts 1 and 3 of the Complaint.

Dated: New York, New York
_____

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.