IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL FINANCE CORPORATION, not in its individual capacity, but solely as the Trustee for the IFC-Netherlands Carbon Facility,<br><br>Plaintiff,<br><br>v.<br><br>KORAT WASTE TO ENERGY CO. LTD. (a/k/a Khorat Waste to Energy Co.),<br><br>Defendant. | 07 Civ. 5451 (SHS) |

### KWTE'S NOTICE OF MOTION TO VACATE DEFAULT AND TO FILE ITS ANSWER OUT-OF-TIME AND OPPOSITION TO MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE that Defendant Korat Waste to Energy Co. Ltd. ("KWTE"), by and through its attorneys, Wallace King Domike & Reiskin, PLLC, and Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., will move this Court on a date and time to be determined at the Courthouse located at 500 Pearl Street, New York, New York 10007, for an order pursuant to Rule 55(c) of the Federal Rules of Civil Procedure to set aside the default entered on April 14, 2008 and to allow KWTE to file its answer out-of-time.

The accompanying memorandum is also submitted in opposition to Plaintiff International Finance Corporation's Motion for Default Judgment.

                Respectfully submitted,

April 15, 2008

                _____/s/_____
                Anthony F. King
                Amanda Gilbert
                WALLACE KING DOMIKE & REISKIN, PLLC
                1050 Thomas Jefferson Street, N.W.
                Washington, D.C. 20007
                Telephone: (202) 204-1000
                Facsimile: (202) 204-1001

                Elkan Abramowitz (EA-3987)
                Thomas M. Keane (TK-6320)
                MORVILLO, ABRAMOWITZ, GRAND,
                  IASON, ANELLO & BOHRER, P.C
                565 Fifth Avenue
                New York, NY 10017
                Telephone: (212) 880-9482
                Facsimile: (212) 856-9494