# EXHIBIT 3

Case 1:07-cv-05451-SHS-THK    Document 45-4    Filed 04/24/2008    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL FINANCE CORPORATION, not in its individual capacity, but solely as the Trustee for the IFC-Netherlands Carbon Facility,<br><br>Plaintiff,<br><br>v.<br><br>KORAT WASTE TO ENERGY CO. LTD. (a/k/a Khorat Waste to Energy Co.),<br><br>Defendant. | 07 Civ. 5451 (SHS) |

## DECLARATION OF GRANVILLE SMITH

I, GRANVILLE SMITH, declare as follows:

1. I was the Chairman of the Board of Directors of Korat Waste to Energy Co., Ltd. ("KWTE") during May 2004.

2. Attached hereto as Exhibit 1 is a true and correct copy of the May 17, 2004 Letter of Intent executed by International Finance Corporation and KWTE.

I declare under penalty of perjury that the foregoing is true and correct. Executed on ___April 9___, 2008.

_____Granville Smith_____
Granville Smith