# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL FINANCE CORPORATION, not in its individual capacity but solely as the Trustee for the IFC-Netherlands Carbon Facility,<br><br>*Plaintiff,*<br><br>-against-<br><br>KORAT WASTE TO ENERGY CO. LTD., (a/k/a KHORAT WASTE TO ENERGY CO.),<br><br>*Defendant.* | 07 Civ. 5451 (SHS) (ECF)<br><br>NOTICE OF DEPOSITION |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff, International Finance Corporation, through counsel, will take the deposition, upon oral examination under oath, of Ken Locklin, on April 17, 2008, beginning at 9:00 a.m., or upon such adjourned dates and times as may be agreed upon by the parties, and continuing from day to day thereafter until concluded. The deposition shall be held at the offices of the White & Case LLP, 701 Thirteenth Street, N.W., Washington, DC 20005, before a notary public or other officer authorized by law to administer oaths. The testimony to be given will be recorded by stenographic and videographic means.

Dated: March 26, 2008

WHITE & CASE LLP

Francis A. Vasquez, Jr. (FAV-1446)
Dana E. Foster (DF-9389)
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to International Finance Corporation*