```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

INTERNATIONAL FINANCE CORPORATION,  :   07 Civ. 5451 (SHS)

                Plaintiff,  :

    -against-  :   ORDER

KORAT WASTE TO ENERGY CO. LTD.,  :

                Defendant.  :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion for entry of judgment by default [35] is dismissed as moot in light of defendant having filed an answer to the complaint on April 15, 2008; and

    2.    Defendant's motion to vacate default and to file its answer out of time [37] is dismissed as moot insofar as no default was entered in this action, and granted insofar as the answer to the complaint was filed on April 15, 2008.

Dated: New York, New York
       April 25, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.