IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL FINANCE CORPORATION, not in its individual capacity, but solely as the Trustee for the IFC-Netherlands Carbon Facility,<br><br>Plaintiff,<br><br>v.<br><br>KORAT WASTE TO ENERGY CO. LTD. (a/k/a Khorat Waste to Energy Co.),<br><br>Defendant. | 07 Civ. 5451 (SHS)(ECF) |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective May 9, 2008, the address of Wallace King Domike & Reiskin, PLLC, counsel for the Defendant listed below, will change to the following:

> Wallace King Domike & Reiskin, PLLC
> 2900 K Street, NW
> Harbourside, Suite 500
> Washington, DC 20007

We respectfully request that the Court and parties change their records and service lists to reflect this new address.

Date: May 8, 2009                               Respectfully submitted,


                                                                      /s/
                                         Anthony F. King
                                         Amanda Gilbert
                                         WALLACE KING DOMIKE & REISKIN, PLLC
                                         2900 K Street, NW
                                         Harbourside, Suite 500
                                         Washington, DC 20007
                                         Phone: 202-204-1000
                                         Fax: 202-204-1001

                                         *Counsel for Defendant*