UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

INTERNATIONAL FINANCE CORP., :

                Plaintiff, :

    -against- :

KORAT WASTE TO ENERGY CO., LTD., :

               Defendant. :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

07 Civ. 5451 (SHS) (THK)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| XX | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute* | ____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | Purpose: |
| | | ____ Habeas Corpus |
| ____ | Settlement* | ____ Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | Particular Motion: |
| | | All such motions: ____ |

Dated: New York, New York
      June 2, 2008

SO ORDERED:

_/s/ Sidney H. Stein_
Sidney H. Stein, U.S. District Judge

---

* Do not check if already referred for general pretrial.