USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

INTERNATIONAL FINANCE CORPORATION,   :   07 Civ. 5451 (SHS)

              Plaintiffs,   :

  -against-   :   ORDER

KORAT WASTE TO ENERGY CO., LTD.,   :

             Defendant.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    In light of the proposed settlement of this action,

    IT IS HEREBY ORDERED that defendant's motion for summary judgment [31] is dismissed without prejudice to its renewal.

Dated: New York, New York
       July 3, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.