```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

INTERNATIONAL FINANCE CORPORATION,     :     07 Civ. 5451 (SHS)

                Plaintiff,     :

    -against-     :     ORDER OF DISMISSAL

KORAT WASTE TO ENERGY CO., LTD.,     :

                Defendant.     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The parties having notified this Court that this case has been settled,

    IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 45 days of this Order, any party may reinstate this action if the terms of the settlement are not effectuated within that time.

Dated: New York, New York
       December 5, 2008

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.